**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

YVONNE RUIZ,

                    Plaintiff,

v.

JEREMY TYREL REYNOLDS,

                    Defendant.

CIVIL ACTION FILE

NO. 1:12-cv-0117-SCJ

**J U D G M E N T**

This action having come before the court, Honorable Steve C. Jones, United States District Judge, on this court's order of October 31, 2012, and the court having determined that the plaintiff has failed to comply with Local Rule 41.2C, NDGa for failure to keep the Court informed of her current address, it is

**Ordered and Adjudged** that this action be **DISMISSED WITHOUT PREJUDICE.**

Dated at Atlanta, Georgia this 21st day of November, 2012.

JAMES N. HATTEN
CLERK OF COURT

By:   s/Amanda Querrard
           Deputy Clerk

Prepared, Filed and Entered
In the Clerk's Office
   November 21, 2012
James N. Hatten
Clerk of Court

By:  s/Amanda Querrard
      Deputy Clerk